FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2022

No. 04-22-00311-CR

**EX PARTE** Otis **GREER**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 1992CR1623W-W4
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

In 1992, Appellant pled guilty to aggravated sexual assault, a felony. He was sentenced to confinement in the Texas Department of Criminal Justice—Institutional Division for life.

After Appellant filed a fourth subsequent petition for post-conviction writ of habeas corpus, *see* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 4(a), on January 4, 2022, the trial court found that it could not reach the merits of Appellant's subsequent application because the application did not meet the statutory requirements. *See id.*

On March 31, 2022, Appellant filed an untimely notice of appeal in this court. *See* TEX. R. APP. P. 26.2, 26.3.

This court has "no jurisdiction over post-conviction writs of habeas corpus in felony cases." *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding) (per curiam); *accord* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3(a); *Hoang v. State*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993). "Post-conviction writs of habeas corpus are to be filed in the trial court in which the conviction was obtained [and] made returnable to the Court of Criminal Appeals." *In re Coronado*, 980 S.W.2d at 692 (citing TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3).

We **order** Appellant to show cause in writing within **twenty days** of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 44.3.

All other appellate deadlines are **suspended** pending further order of this court.

If Appellant fails to respond as ordered, this appeal will be dismissed without further notice. *See* TEX. R. APP. P. 43.2(f).

FILE COPY

_Patricia O. Alvarez, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2022.

MICHAEL A. CRUZ, Clerk of Court